DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

HECTOR HAROLD CABRERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2022

————————————————

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

William R. Ponall and Eric J. Sorice of Ponall Law, Maitland, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.